

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-8-2010

# Viking Yacht Co Inc v. Composites One LLC

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-3417

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Viking Yacht Co Inc v. Composites One LLC" (2010). *2010 Decisions.* Paper 986.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/986

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 09-3417, 09-3558
_____

VIKING YACHT CO., INC., ET AL.,
Appellants/Cross-Appellees,

v.

COMPOSITE ONE LLC, ET AL.,
Appellees/Cross-Appellants.

_____

Appeal from the United States District Court
for the District of New Jersey
No. 1:05-cv-00538
District Judge: Honorable Joseph E. Irenas

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
May 14, 2010

Before: BARRY and ROTH, <u>Circuit Judges</u>, and
DALZELL[*], <u>District Judge</u>

**<u>ORDER AMENDING OPINION</u>**

   **IT IS ORDERED** that the not precedential opinion in the above case filed on July 1, 2010, be amended as follows:

On page 5, the following sentence be deleted:
   "We have jurisdiction over this appeal under 18 U.S.C. § 1291"

and replaced with:
   "We have jurisdiction over this appeal under **28** U.S.C. § 1291."

_____

   [*] Honorable Stewart Dalzell, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

For the Court,

Marcia M. Waldron, Clerk

Dated: July 8, 2010